FILED

05/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0155

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0155

IN RE THE MATTER OF:

A.J.V.D.,

      A Youth in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, F.V.D., is granted an extension of time until July 25, 2022 to prepare, serve, and file his Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2022

Grant of Extension of Time

PAGE 1